IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>     Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as the Secretary of the Interior; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, an agency of the United States,<br><br>     Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

  Plaintiff moves for the admission of Jennifer Best to practice before this Court in this case with Guy Alsentzer to act as local counsel. Ms. Best's application appears to be in order.

  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Jennifer Best pro hac vice is GRANTED on the condition that Ms. Best shall do her own work. This means that Ms. Best must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Best may move for the admission pro hac vice of one

(1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Best.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Best, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 16th day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge