IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>    Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as the Secretary of the Interior; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, an agency of the United States,<br><br>    Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

       The Court has reviewed the parties' Stipulation and Proposed Joint Case Management Plan. (Doc. 7.) The Court will establish a briefing schedule following the finalization of the administrative record ("A.R."). Accordingly,

       IT IS ORDERED that the Federal Defendants shall file notice of their lodging of A.R. on or before **September 17, 2018**. The A.R. shall be compiled with electronically searchable formatting and bates-numbered pages, shall include a hyperlinked index, and shall be provided on a digital video disc to the Court and all counsel of record via overnight mail on or before **September 14, 2018**.

IT IS FURTHER ORDERED that, on or before **November 1, 2018**, Plaintiff shall file notice as to whether it has objections to the sufficiency of the A.R., whereupon the Court will establish a schedule for either briefing on Plaintiff's objections to the sufficiency of the A.R. or for principal briefing.

DATED this 18th day of June, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge