UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | CV-18-064-BLG-SPW-TJC |
| Plaintiff, | ORDER |
| vs. | |
| RYAN ZINKE, in his official capacity as the Secretary of the Interior; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, an agency of the United States, | |
| Defendants. | |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1. The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all

necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 10th day of July, 2018.

SUSAN P. WATTERS
United States District Judge