IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN ZINKE, in his official capacity as the Secretary of the Interior; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, an agency of the United States,<br><br>Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

The Court has reviewed Plaintiff's Notice of Objection to the Record. (Doc. 15.) Good Cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff shall file its Motion to Compel Completion of the Record and Brief in Support by December 19, 2018.

2. Defendants shall file their Brief in Opposition by January 23, 2019.

3. Plaintiff shall file its Reply Brief by February 7, 2019.

DATED this 15th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge