Guy A. Alsentzer
Po Box 128
Bozeman, MT  59771
ph. (406) 570-2202
Guyalsentzer@gmail.Com

Jennifer Best, *pro hac vice*
Friends of Animals
7500 E. Arapahoe Rd., Ste. 385
Centennial, CO 80110
ph. (720) 949-7791
jennifer@friendsofanimals.org

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | CASE NO. 1:18-cv-00064-SPW-TJC |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD |
| RYAN ZINKE, in his official capacity as Secretary of the United States Department of Interior; *et al.*, | |
| Defendants. | |

Pursuant to the Court's November 15, 2018 Order (ECF No. 16), Friends of Animals hereby moves for an order: (1) compelling completion of the administrative record filed by Defendants on September 14, 2018 (ECF No. 12), to include all documents directly or indirectly considered by agency decisionmakers, including all internal and inter-agency memoranda, emails,

communications, documents, revisions, and drafts of documents; and (2) requiring Defendants to produce a privilege log identifying and justifying any claims of privilege for materials that it continues to withhold.

     This Motion is necessary because Defendants did not employ the correct standard in compiling the administrative record that it submitted to the Court and erroneously withheld information that should have been included in the administrative record.

     Pursuant to Local Rule 7.1(c)(1), counsel for Plaintiff, Friends of Animals, conferred with Defendants' counsel who indicated that they oppose this motion.

     This motion is supported by Friends of Animals' brief in support of the motion, which is being filed concurrently with this motion.

Respectfully submitted this 19th day of December, 2018.

                                         <u>/s/ Guy A. Alsentzer</u>
                                         Guy A. Alsentzer
                                         Po Box 128
                                         Bozeman , MT  59771
                                         ph. (406) 570-2202
                                         Guyalsentzer@gmail.com

                                         <u>/s/Jennifer Best</u>
                                         Jennifer Best
                                         Friends of Animals
                                         7500 E. Arapahoe Rd., Ste. 385
                                         Centennial, CO 80110
                                         Ph. (720) 949-7791
                                         jennifer@friendsofanimals.org

                                         *Attorneys for Plaintiff*