JEAN E. WILLIAMS, Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
MELE COLEMAN, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | CASE NO. 1:18-cv-00064-SPW-TJC |
| Plaintiff, | |
| | **DEFENDANTS' UNOPPOSED** |
| v. | **MOTION TO STAY ALL** |
| | **PROCEEDINGS** |
| RYAN ZINKE, in his official capacity as Secretary of the United States Department of Interior; *et al.*, | |
| Defendants. | |

Defendants in the above captioned matter (Ryan Zinke, in his official

capacity as Secretary of the U.S. Department of the Interior; Greg Sheehan, in his

official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service

("FWS"); and FWS), respectfully request a stay of all proceedings in the above-captioned matter.  In support of this motion, Defendants state the following:

1.      At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The same is true for several other Executive agencies, including Defendants.  The Department of Justice does not know when funding will be restored by Congress.

2.      Absent an appropriation, the Department of Justice attorneys and employees of Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

3.      Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this matter until Congress has restored appropriations to the Department.

4.      If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be rescheduled commensurate with the duration of the lapse in appropriations, or 33 days, whichever is shorter.  The only current deadlines are for:  (1) Defendants' brief in opposition to Plaintiff's motion to compel completion of the administrative

record, due January 23, 2019 (33 days after the December 21, 2018, lapse in

appropriations); and (2) Plaintiff's reply, due February 7, 2019 (15 days). ECF No.

16.

　　　　5.　　　　Opposing counsel has authorized counsel for the Government to state

that Plaintiff Friends of Animals has no objection to this motion.

　　　　Therefore, although we greatly regret any disruption caused to the Court and

the other litigants, the Government hereby moves for a stay of all proceedings in

this case until the Department of Justice attorneys are permitted to resume their

usual civil litigation functions.  Pursuant to Local Rule 7.1(c)(3), a proposed order

granting this unopposed motion is attached and will be emailed to Judge Watters in

Word format.

DATED:  January 8, 2019.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　JEAN E. WILLIAMS
　　　　　　　　　　　　　　　　Deputy Assistant Attorney General
　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　SETH M. BARSKY, Section Chief
　　　　　　　　　　　　　　　　MEREDITH L. FLAX, Assistant Section
　　　　　　　　　　　　　　　　Chief, Wildlife & Marine Resources Section

　　　　　　　　　　　　　　　　____ /s/ Mele Coleman_____
　　　　　　　　　　　　　　　　MELE COLEMAN, Trial Attorney
　　　　　　　　　　　　　　　　Hawai'i Bar No. 10103
　　　　　　　　　　　　　　　　Wildlife & Marine Resources Section

P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
(202) 305-0275 (fax)
Mele.Coleman@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' UNOPPOSED MOTION
TO STAY ALL PROCEEDINGS

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2019, the foregoing will be electronically filed with

the Court's electronic filing ("ECF") system, which will generate automatic service

upon on all counsel of record enrolled to receive such notice.


　　　　　　　　*/s/ Mele Coleman*
MELE COLEMAN, Trial Attorney
Hawaiʻi Bar No. 10103
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov
*Trial Attorney for Defendants*