UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN ZINKE, in his official capacity as Secretary of the United States Department of Interior; *et al.*,<br><br>　　　　Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PROCEEDINGS** |

　　Defendants have filed an unopposed motion to stay all proceedings. (Doc. 19.) Good cause appearing, IT IS ORDERED that all proceedings in this case are stayed until the Department of Justice attorneys are permitted to resume their usual civil litigation functions. Defendants shall promptly notify the Court when Congress has appropriated funds for the Department of Justice.

DATED this 9th day of January, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　TIMOTHY J. CAVAN
　　　　　　　　　　　　　　　United States Magistrate Judge