IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN ZINKE, in his official capacity as the Secretary of the Interior; GREG SHEEHAN, in his official capacity as Deputy Director of the U.S. Fish and Wildlife Service; and U.S. FISH AND WILDLIFE SERVICE, an agency of the United States, <br><br> Defendants. | CV 18-64-BLG-SPW-TJC <br><br> **ORDER** |

Defendants have filed a notice that appropriations have been restored and request the court enter an amended schedule. (Doc. 21.) Accordingly, IT IS HEREBY ORDERED:

1. The stay issued on January 9, 2019 is lifted.

2. Defendants shall file their brief in opposition to Plaintiff's motion to compel completion of the administrative record by March 4, 2019.

3. Plaintiff shall file its reply brief by March 29, 2019.

DATED this 31st day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge