# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>     Plaintiff,<br><br>vs.<br><br>DAVID BERNHARDT, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF INTERIOR, ET AL.,<br><br>     Defendant. | Case No. CV-18-64 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  Judgment is entered in favor of the Defendants and against Plaintiff as stated in the Court's Order E.C.F. 44.

  Dated this 26th day of March, 2020.

          TYLER P. GILMAN, CLERK

         By: /s/ E.Hamnes
         E.Hamnes , Deputy Clerk