UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of Interior; *et al.*,<br><br>Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a joint motion to stay proceedings. (Doc. 52.) Good cause appearing, IT IS ORDERED that all deadlines in this case are stayed. The parties shall file a joint status report no later than September 13, 2021

DATED this 30th day of August, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge