UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS, | CV 18-64-BLG-SPW-TJC |
| Plaintiff, | **ORDER** |
| v. | |
| DEBRA HAALAND, in her official capacity as Secretary of the United States Department of Interior; *et al.*, | |
| Defendants. | |

The parties have filed a Status Report, indicating they have reached an agreement in principle regarding Plaintiff's motion for attorneys' fees.  (Doc. 54.) Accordingly, IT IS ORDERED that all deadlines in this case will remain stayed. The parties shall file a further Status Report by October 13, 2021

DATED this 13th day of September, 2021.

 _____
 TIMOTHY J. CAVAN
 United States Magistrate Judge