# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of Interior; *et al.*,<br><br>Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

The parties have filed a Status Report, indicating they have reached an agreement regarding Plaintiff's motion for attorneys' fees, and Federal Defendants are in the process of finalizing a settlement payment. (Doc. 56.) Accordingly, IT IS ORDERED that all deadlines in this case will remain stayed. Plaintiff shall either withdraw its motion for attorneys' fees or the parties shall file a further Status Report by November 15, 2021.

DATED this 18th day of October, 2021.

                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge