UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA HAALAND, in her official capacity as Secretary of the United States Department of Interior; *et al.*,<br><br>Defendants. | CV 18-64-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has filed a Notice to Withdraw its Motion for Attorneys' Fees. (Doc. 58.) Plaintiff indicates the parties have fully resolved its claim for attorney fees and costs. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees (Doc. 50) is **DENIED as moot**.

DATED this 10th day of November, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge